IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DENIZ D. JOHNSON,

      Appellant,

 v.

Case No.  5D22-131
LT Case No. 2016-CA-034408-X

BRUCE PACKAL AND MATTHEW
A. GARCIA,

      Appellees.
_____/

Decision filed November 1, 2022

Appeal from the Circuit Court
for Brevard County,
George Paulk, Judge.

David J. Volk, of Volk Law Offices,
P.A., Melbourne, for Appellant.

Elizabeth Siano Harris, of Harris
Appellate Law Office, Mims, for
Appellee, Bruce Packal.

No Appearance for Other Appellee.


PER CURIAM.

     AFFIRMED.


LAMBERT, C.J., EVANDER and WALLIS, JJ., concur.